

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2015

No. 04-14-00289-CV

**LEGEND OAKS–-SOUTH SAN ANTONIO, LLC** d/b/a Legend Oaks Healthcare and Rehabilitation Center–-South San Antonio,
Appellant

v.

Emma **MOLINA** on Behalf of the Estate of Adella Rocamontes,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17554
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
             Luz Elena D. Chapa, Justice
             Jason K. Pulliam, Justice

We grant appellant's motion for extension of time to file a motion for rehearing. The motion for rehearing is due April 6, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court